IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| ROBERT MAY, as Administrator for the Estate of Thomas May, and CHRISTOPHER HALL, as Administrator for the Estate of Bradley Hall and MATTHEW BENJAMIN COOLEY, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Cause No. 6:09-165 |

## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' ESC CLAIMS

Defendant, Ford Motor Company, by and through counsel, hereby moves this Court for partial summary judgment on claims asserted by the Plaintiffs, Robert May (as Administrator of the estate of Thomas May), Christopher Hall (as Administrator of the estate of Bradley Hall), and Ben Cooley that the Ford Taurus ("subject Taurus") driven by Thomas May on November 9, 2009 with passengers Bradley Hall and Ben Cooley that was involved in the accident that is the subject matter of this case was in a defective condition, was unreasonably dangerous, or was defectively designed because it did not have an Electronic Stability Control ("ESC") system installed.  Plaintiffs' have failed to establish that the lack of an ESC system installed in the subject Taurus renders the subject Taurus defective or unreasonably dangerous as required by Kentucky law.

In fact, Plaintiffs, through their liability expert, have established quite the opposite. Plaintiffs' expert admits that he has no support to conclude that the lack of an ESC system renders the subject Taurus defective or unreasonably dangerous. Plaintiff's expert also could not

testify that the lack of an ESC system was a design defect. Absent any additional proof that the subject Taurus was defective or defectively designed because it lacked an ESC system, Plaintiffs have failed to establish essential elements under their causes of action.

Accordingly, Defendant respectfully requests that this Court grant their motion for partial summary judgment and dismiss Plaintiff's claims relating to ESC design and manufacturing defects with prejudice.

Respectfully Submitted,

By: */s/ Kevin C. Schiferl*
Kevin C. Schiferl, #14138-49
*Attorney for Defendant FORD MOTOR COMPANY*
FROST BROWN TODD LLC
201 N. Illinois St., Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
kschiferl@fbtlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of June, 2010, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Peter Perlman<br>Peter Perlman Law Offices<br>388 South Broadway<br>Lexington, KY 40508 | F. Thomas Conway<br>Conway & Conway<br>1800 Kentucky Home Life Building<br>239 South Fifth Street<br>Louisville, KY 40202 |
| Mark L. Morgan<br>426 South Fourth Street<br>Danville, KY 40422 | Janet Conigliaro<br>LeClair Ryan<br>Fairlane Plaza North<br>290 Town Center Drive, Fourth Floor<br>Dearborn, MI 48126 |
| Kevin M. Murphy<br>734 W. Main Street, Suite 400<br>Louisville, KY 40202 | |

                                             */s/ Kevin C. Schiferl*

FROST BROWN TODD LLC
201 N. Illinois St., Suite 1900, P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
kschiferl@fbtlaw.com

LOULibrary LR07400 . 0572449   952471v1