IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| ROBERT MAY, as Administrator for the Estate of Thomas May, and CHRISTOPHER HALL, as Administrator for the Estate of Bradley Hall and MATTHEW BENJAMIN COOLEY, <br><br>    Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br>    Defendant. | Cause No. 6:09-165 |

**DEFENDANT FORD MOTOR COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION IN *LIMINE* TO EXCLUDE EVIDENCE OF DISCOVERY DISPUTES**

Defendant Ford Motor Company ("Ford"), submits this Memorandum of Law in Support of its Motion *In Limine* to prohibit testimony, comments upon, or mention of any discovery disputes and document production matters between the parties.

**ARGUMENT**

As may be expected with litigation of this nature, there have been discovery disputes in this case. Ford anticipates that Plaintiffs and/or their witnesses may attempt to interject into the trial references to these discovery controversies with Ford. Ford believes it is possible that Plaintiffs' experts in particular may attempt to testify about the nature of documents produced or the non-production of documents they believe Ford should have produced.

1

Such mention of discovery disputes is in no way relevant to the issues in this case and should be excluded under Federal Rule of Evidence 401 because it does not tend to prove any fact that is of consequence to this trial.  Evidence of discovery disputes does not provide any information about the design of the 2001 Ford Taurus, the accident in question, or any other pertinent matter in this case.  Any mention of discovery disputes would be raised by Plaintiffs only to improperly attempt to prejudice the jury against Ford.  Any discovery issues brought to the Court's attention have been ruled upon prior to trial and further discussion of them is neither warranted nor appropriate.

In addition, Federal Rule of Evidence 403 requires the exclusion of evidence which, even if relevant, is so prejudicial or potentially causing confusion or delay as to outweigh its probative value.  Here, whatever value such references may have certainly is plainly outweighed by the danger of unfair prejudice to Ford.  Furthermore, allowing references to discovery disputes will only lead to complications in an already complex trial.  Ford will be forced to rebut such statements and their implications by explaining the history and context of each dispute, along with a detailed presentation of information about Plaintiffs' own discovery shortcomings.  The issues presented by this case are wide ranging and complex and will present a substantial challenge for the jury as is, without asking the jury to speculate upon allegations of discovery misconduct that have previously been heard and decided.

## **CONCLUSION**

For the foregoing reasons, Ford requests that this Court enter an order prohibiting Plaintiffs and their counsel or witnesses from referring to or commenting upon any

history of discovery disputes in this matter, or any alleged non-production of evidence, documents, or witnesses by Ford Motor Company.

                        FROST BROWN TODD LLC

                        By: */s/ Kevin C. Schiferl*
                            Kevin C. Schiferl
                            Attorneys for Defendant FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

  I hereby certify that on this 3rd day of January, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Peter Perlman
Peter Perlman Law Offices
388 South Broadway
Lexington, KY 40508

F. Thomas Conway
Conway & Conway
1800 Kentucky Home Life Building
239 South Fifth Street
Louisville, KY 40202

Mark L. Morgan
426 South Fourth Street
Danville, KY 40422

Janet Conigliaro
LeClair Ryan
Fairlane Plaza North
290 Town Center Drive, Fourth Floor
Dearborn, MI 48126

Kevin M. Murphy
734 W. Main Street, Suite 400
Louisville, KY 40202

              */s/ Kevin C. Schiferl*
               Kevin C. Schiferl

FROST BROWN TODD LLC
201 N. Illinois St., Suite 1900, P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax: 317-237-3900
kschiferl@fbtlaw.com

INDLibrary2 LR07400.0572449 1007254v1